UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET PRUITT,<br><br>    Plaintiff,<br><br>  v.<br><br>MANJULA BOBBALA, et al.,<br><br>    Defendants. | No. 2:20-cv-0632 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 9, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 7. Plaintiff has filed objections to the findings and recommendations. ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 9, 2020, ECF No. 7, are adopted in full;

2. Defendant State Compensation Insurance Fund is dismissed from this action;

3. Claims Two through Five are dismissed without prejudice; and

4. Claim One, the Eighth Amendment claim, shall proceed against the remaining defendants.

DATED: March 31, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE