UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET PRUITT,<br><br>    Plaintiff,<br><br>    v.<br><br>MANJULA BOBBALA, et al.,<br><br>    Defendants. | No. 2:20-cv-0632 KJM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. The parties have filed a stipulated request to continue the June 2, 2021 hearing on defendants' motions to dismiss and to allow plaintiff to conduct limited discovery related to his medical records and the identities of officials involved in plaintiff's medical treatment. ECF No. 31.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The June 2, 2021 hearing on defendants' motions to dismiss is continued to July 28, 2021, at 10:00 a.m.

2. Plaintiff may conduct limited discovery as outlined in the parties' stipulation (ECF No. 31).

////

////

3. Defendants shall respond to plaintiff's discovery requests within the time provided by the Federal Rules of Civil Procedure unless the parties have agreed to a different time for responses.

DATED: May 12, 2021

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE