UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET PRUITT, | No. 2:20-cv-0632 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| MANJULA BOBBALA, et al., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 54. Plaintiff has filed objections to the findings and recommendations. ECF No. 55. Those objections reiterate arguments addressed in the findings and recommendations. *See id.* at 2–7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo r*eview of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2023 (ECF No. 54), are adopted in full;

2. The first amended complaint is dismissed without leave to amend for failure to state a claim; and

3. This order closes the case.

DATED: April 11, 2023.

CHIEF UNITED STATES DISTRICT JUDGE