UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET PRUITT,<br><br>    Plaintiff,<br><br>    v.<br><br>MANJULA BOBBALA, et al.,<br><br>    Defendants. | No.  2:20-cv-0632 KJM AC P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  This case is on remand from the Ninth Circuit and proceeds against defendants Bobbala and Arya on the claims in the first amended complaint.  ECF No. 65.  Plaintiff's claims against Bobbala and Arya were previously dismissed on screening for failure to state a claim.  ECF No. 56.  On appeal, the Ninth Circuit found that plaintiff had sufficiently alleged claims against these defendants.  ECF No. 65 at 7-8.

    Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to the first amended complaint within twenty-one days of the service of this order.

DATED: August 27, 2024

                                                     ALLISON CLAIRE
                                                     UNITED STATES MAGISTRATE JUDGE