UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHET PRUITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANJULA BOBBALA, et al.,<br><br>　　　　Defendant. | No.  2:20-cv-0632 DC AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On remand, this case proceeds on plaintiff's claims against defendants Bobbala and Arya.  ECF No. 65.  Defendants have answered the complaint.  ECF Nos. 72, 77. Pursuant to the provisions of Federal Rules of Civil Procedure 16 and 26 and Local Rule 240, IT IS HEREBY ORDERED that:

　　1. Within forty-five days of the filing of this order, the parties shall confer and submit a joint status report and proposed schedule that briefly sets out their views on the following matters:

　　　　a.  Service of process;

　　　　b.  Possible joinder of additional parties;

　　　　c.  Any expected or desired amendment of the pleadings;

　　　　d.  Jurisdiction and venue;

　　　　e.  Anticipated motions and the scheduling thereof;

  f. The deadline for initial disclosures. If any party objects to the appropriateness of initial disclosures, an explanation must be provided;

  g. Anticipated discovery and the scheduling thereof;

  h. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion;

  i. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

  j. Whether this matter is to be tried before this court or the district court. See 28 U.S.C. § 636(c);

  k. Whether counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

  l. Any other matters that may add to the just and expeditious disposition of this matter.

2. If the parties are unable to submit a single proposed schedule because they cannot agree on deadlines, the joint status report must reflect each party's proposed deadlines. For any deadlines upon which the parties are unable to agree, each party must provide an explanation of their position on the appropriateness of their proposed deadline.

DATED: December 13, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2